

222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE 19899
Zip Code For Deliveries 19801

Writer's Direct Access:
(302) 429-4232
sbrauerman@bayardlaw.com

August 16, 2017

**VIA CM/ECF & HAND DELIVERY**

Hon. John Michael Vazquez
United States District Judge
United States Post Office and Courthouse
Room 417
2 Federal Square
Newark, NJ 07102

    Re: *Zutrau v. Strine, et al.* C.A. No. 2:16-cv-04635-JMV-MF

Dear Judge Vazquez:

I write respectfully to advise the Court that Ms. Zutrau, the plaintiff in the above referenced matter recently passed away following a lengthy battle with cancer. (*See, e.g.,* D.I. 35.) After discussions with representatives of Ms. Zutrau's estate, I am pleased to report that Ms. Zutrau's estate has agreed to dismiss with prejudice all claims asserted against Bayard, P.A. and Stephen B. Brauerman (collectively, the "Bayard Defendants"). In order to effect this agreement, however, there are a number of administrative matters Ms. Zutrau's estate must complete. Consequently, the Bayard Defendants respectfully request that the Court refrain from deciding their pending motion to dismiss to allow the Bayard Defendants and Ms. Zutrau's estate time to file a stipulation of dismissal. Should Your Honor have any questions or require any further information, counsel are available at the convenience of the Court.

Respectfully submitted,

/s/ *Stephen B. Brauerman*

Stephen B. Brauerman

cc: All Counsel of Record (by CM/ECF)
    Clerk of the Court (by CM/ECF)