UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEILANI ZUTRAU,<br><br>            Plaintiff,<br><br>vs.<br><br>LEO E. STRINE, JR., RANDY J. HOLLAND, KAREN L. VALIHURA, JAMES T. VAUGH, COLLINS J. SETIZ, JR., DONALD F. PARSONS, JR., STEPHEN B. BRAUERMAN, BAYARD P.A., ICE SYSTEMS INC.<br><br>            Defendants,<br><br>JOHN C. JANSING,<br><br>            Nominal Defendant.. | **SUGGESTION OF DEATH**<br><br>Civil Case No. 2:16-cv-04635<br>(JMV)(MF) |

　　　　Pursuant to Federal Rule Civil Procedure 25**,** the undersigned attorneys for Defendants Ice Systems Inc. and John C. Jansing, hereby suggest upon the record the death of plaintiff Leilani Zutrau on July 29, 2017 during the pendency of this litigation.  Plaintiff Zutrau was appearing pro se in the above-captioned action.

　　　　The executor/administrator for the estate is expected to be her son, Nicholas Zutrau, whose address is 229 McKinley Parkway, Mineola, New York 11501.  The attorney for the estate is Laura Sherris, Esq., 6800 Jericho Turnpike, Suite 120W, Syosset, New York 11791.

Date:   August 21, 2017
　　　　New York, New York

*Andrew P. Marks*
_____
Andrew P. Marks
LITTLER MENDELSON, P.C.
290 Broadhollow Road, Suite 305
Melville, New York 11747
631.247.4700

*Attorneys for Defendants*
　*John C. Jansing and Ice Systems, Inc.*